ACCEPTED
01-14-01011-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/28/2015 4:13:31 PM
CHRISTOPHER PRINE
CLERK

## CERTIFICATE OF SERVICE

As required by Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d), E,

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/28/2015 4:13:31 PM
CHRISTOPHER A. PRINE
Clerk

I certify that I have served this document on all other parties to this appeal,

which are listed below, on April 28, 2015 as follows:

Ted Troy Tindall, Attorney at Law
17225 El Camino Real, Suite 190
Houston, Texas 77058
Office: (832) 691-1519
Facsimile: (832) 408-7579
Via e-mail: troy@tindallawfirm.com;


Sincerely,

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
Member of Texas and Iowa Bars
9111 Katy Freeway – Suite 301
Houston, Texas 77024
(713) 467-1659
(713) 467-1686 (Facsimile)
**T.B.A. #16329350**

**ATTORNEY FOR APPELLANT**